# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND ALFOD BRADFORD,

    Plaintiff,

    v.

JEREMY De FRANCO,

    Defendant.

No. 2:21-CV-2169-DJC-DMC-P

ORDER

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On February 22, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Plaintiff filed timely objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed February 22, 2024, ECF No. 32, are adopted in full

2. Defendant's motion to dismiss, ECF No. 28, is GRANTED.

3. Plaintiff's complaint is DISMISSED with leave to amend.

4. Plaintiff may file a first amended complaint within 30 days of the date of this order.

5. If Plaintiff fails to file a first amended complaint within the time permitted therefor, this action shall proceed on Plaintiff's original complaint as to his Eighth Amendment medical deliberate indifference claim only.

6. The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **March 15, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE