IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFOD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY De FRANCO,<br><br>Defendant. | No. 2:21-CV-2169-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On March 18, 2024, the District Judge issued an order granting Defendant's motion to dismiss with leave to amend. See ECF No. 35. Plaintiff was permitted leave to file a first amended complaint within 30 days of the date of the District Judge's order and cautioned that, if no first amended complaint was filed within the time allowed therefor, the action would proceed on Plaintiff's original complaint as to his Eighth Amendment medical deliberate indifference claim only. See id. To date, Plaintiff has not filed a first amended complaint. Therefore, pursuant to the District Judge's order, this action now proceeds on the original complaint as to Plaintiff's Eighth Amendment medical deliberate indifference claim only. Defendant will be directed to file an answer.

///

1

Accordingly, IT IS HEREBY ORDERED that Defendant shall file an answer to Plaintiff's original complaint within 30 days of the date of this order.

Dated: May 16, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE