UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>JEREMY De FRANCO,<br><br>        Defendant. | No.  2:21-cv-02169-DJC-DMC (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On October 10, 2024, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **October 10, 2024**                             _____
                                                                                UNITED STATES MAGISTRATE JUDGE

1